UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GERALD DAVIS,

JUDGMENT
05-CV- 5599 (ARR)

Plaintiff,

-against-

NEW YORK STATE OFFICE OF MENTAL
HEALTH, BROOKLYN CHILDREN CENTER,
ILLOUISE MURILLO, and DIANE AMAN,

Defendants.
---------------------------------------------------------------X

An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on December 31, 2009, granting defendants' motion for summary judgment; and dismissing plaintiff's complaint; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion for summary judgment is granted; and that plaintiff's complaint is dismissed.

Dated: Brooklyn, New York
December 31, 2009

/S/
ROBERT C. HEINEMANN
Clerk of Court